IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WORLD AWARD FOUNDATION INC., AMER GROUP LLC, AN BANG GROUP LLC, and AB STABLE GROUP LLC, | § § § § § | No. 264, 2020 |
| | § | Court Below: Superior Court |
| Plaintiffs Below, | § | of the State of Delaware |
| Appellants, | § | |
| | § | C.A. No. N19J-05055 |
| v. | § | |
| | § | |
| ANBANG INSURANCE GROUP CO. LTD., CBIRC, and BEIJING GREAT HUA BANG INVESTMENT GROUP CO. LTD., | § § § § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: September 8, 2020
Decided: September 21, 2020

## **ORDER**

On August 11, 2020, this Court received from Tian Ge Zhou a notice of appeal from a Superior Court order entered on July 8, 2020. Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before August 7, 2020. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] A notice of appeal must be received by the Court within the applicable time period to

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).

be effective.[2]  On August 24, 2020, the Senior Court Clerk issued a notice directing the appellants to show cause why this appeal should not be dismissed as untimely filed.  On September 3, 2020, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on August 28, 2020.  The appellants have not filed a response to the notice to show cause within the required ten-day period.  Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[2] DEL. SUPR. CT. R. 10(a).